IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-193-BR

| | |
|---|---|
| MICHELE MILLER,<br>    Plaintiff,<br><br>v.<br><br>ALLSCRIPTS HEALTHCARE, et al.,<br>    Defendants. | ORDER |

This matter is before the court upon the 30 December 2016 memorandum and recommendation ("M&R") of U.S. Magistrate Judge Kimberly A. Swank. (DE # 5.) Plaintiff has not filed an objection to the M&R. The court adopts the M&R as its own, and for the reasons stated therein, plaintiff's 42 U.S.C. § 1981 claims are DISMISSED; plaintiff's claims under Title VII of the Civil Rights Act of 1964 ("Title VII") and the Age Discrimination in Employment Act ("ADEA") against defendants Jesse Tripp, Suzy Homes, Vicky Shepard, Deborah Snow, and Angela Atkinson (collectively the "individual defendants") are DISMISSED; and plaintiff's Title VII gender discrimination claim against defendant Allscripts Healthcare is DISMISSED. The individual defendants are therefore DISMISSED from this action. Plaintiff's race and age discrimination claims under Title VII and the ADEA against defendant Allscripts Healthcare remain.

This 24 January 2017.

                                              W. Earl Britt
                                              Senior U.S. District Judge