UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| MICHELE MILLER,<br>      Plaintiff,<br><br>v.<br><br>ALLSCRIPTS HEALTHCARE, JESSE TRIPP,<br>SUZY HOLMES, VICKY SHEPARD, DEBORAH<br>SNOW, ANGELA ATKINSON,<br>      Defendants. | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 5:16-CV-193-BR** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that in the court's order dated 1/24/2017 at DE [10], The court adopts the M&R as its own, and for the reasons stated therein, plaintiff's 42 U.S.C. § 1981 claims are DISMISSED; plaintiff's claims under Title VII of the Civil Rights Act of 1964 ("Title VII") and the Age Discrimination in Employment Act ("ADEA") against defendants Jesse Tripp, Suzy Homes, Vicky Shepard, Deborah Snow, and Angela Atkinson (collectively the "individual defendants") are DISMISSED; and plaintiff's Title VII gender discrimination claim against defendant Allscripts Healthcare is DISMISSED. The individual defendants are therefore DISMISSED from this action. Plaintiff's race and age discrimination claims under Title VII and the ADEA against defendant Allscripts Healthcare remain.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, The motion to dismiss is ALLOWED, and this case is DISMISSED WITHOUT PREJUDICE. Defendant's motion to extend the dispositive motion deadline, (DE # 37), is DENIED as moot.

**This Judgment Filed and Entered on December 20, 2017, and Copies to:**

Michele Miller (via US Mail to 2908 Birmingham Highway, #307, Opelika, AL 36801)

Cecil M. Tipton, Jr. (via US Mail to 606 Avenue A, Opelika, AL 36801)

Molly M. Shah (via CM/ECF Notice of Electronic Filing)

DATE

December 20, 2017

PETER A. MOORE, JR., CLERK

(By) Susan K. Edwards, Deputy Clerk